IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOEY RAMOS,                              §
                                        §
            Plaintiff,                   §
                                        §
v.                                      §               1:22-CV-286-RP
                                        §
IMAN BUSINESS INC.,                      §
                                        §
            Defendant.                   §

## FINAL JUDGMENT AND PERMANENT INJUNCTION

Before the Court is the above entitled cause of action. On this day, the Court granted

Plaintiff Joey Ramos's ("Plaintiff") motion for a default judgment, (Dkt. 20), as to Defendant Iman

Business Inc. ("Defendant"). Accordingly, the Court renders final judgment pursuant to Federal

Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff. Pursuant to 42 U.S.C. §

12188, Defendant is ordered to ensure its property at 5210 Manor Rd., Austin, TX 78723 meets the

minimum requirements for accessibility under 42 U.S.C.A. § 12182 and 28 C.F.R. § 36.304.

Defendant shall make these modifications within 180 days of the date of this order. Pursuant to 28

C.F.R. § 36.211, Defendant shall have an ongoing obligation to maintain all accessibility features as

long as it continues to operate 5210 Manor Rd., Austin, TX 78723 as a place of public

accommodation. The Court shall retain jurisdiction to enforce the terms of this injunction.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on May 31, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE